UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JEREMY SCOTT BECKER,

      Petitioner,

v.                                        Case No. 5:22-cv-294/TKW/MAL

WARDEN, F.C.I. MARIANNA

      Respondent.

_____/

## **O R D E R**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 16).   No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Petitioner's failure to comply with court orders.[1]   Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The amended petition under 28 U.S.C. § 2241 (Doc. 11) is DISMISSED

---

[1] The Report and Recommendation was returned as undeliverable by the post office.   *See* Doc. 17.   The Clerk's note on the "returned mail" docket entry indicates that Petitioner was released from the Bureau of Prisons on February 28, 2024, and that no forwarding address could be located.   *Id.*   That provides two additional reasons for dismissal—mootness and Petitioner's failure to keep the Court apprised of his current address.

without prejudice.

3.  The Clerk shall enter judgment in accordance with this Order and close

    the case file.

**DONE and ORDERED** this 6th day of May, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**